UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALFRED PILOTTE, THROUGH HIS GUARDIAN THE OFFICE OF PUBLIC GUARDIAN<br>    Plaintiffs<br><br>        vs.<br><br>BERLIN POLICE DEPARTMENT; and PHILLIP PELLETIER<br>    Defendants | Case No.: 1:21-CV-00749-JL<br>Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**Fed. R. Civ. P. 41(a)(1)(A)(i)**

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff herein, voluntarily dismisses his claims only as to Defendant Philip Pelletier. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

ALFRED PILOTTE
By Its Attorneys,

SHAHEEN & GORDON, P.A.

Dated: January 14, 2022          /s/ Anthony M. Carr
                                 Anthony M. Carr (NH Bar #267623)
                                 353 Central Ave., Ste. 200
                                 P.O. Box 977
                                 Dover, NH 03821-0977
                                 (603) 617-3060
                                 E-mail: acarr@shaheengordon.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this motion was forwarded via electronic court filing to all counsel of record.

                                      /s/Anthony M. Carr
                                      Anthony M. Carr