UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

<table>
<tr><td>Alfred Pilotte, through his Guardian<br>The Office of Public Guardian<br><br>v.<br><br>Berlin Police Department</td><td>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:</td><td><br><br><br>Civil Action No.  21-CV-00749</td></tr>
</table>

**<u>DEFENDANT CITY OF BERLIN'S MOTION FOR SUMMARY JUDGMENT</u>**

NOW COMES the Defendant City of Berlin by its attorneys, Cullen Collimore Shirley, pllc, and moves for Summary Judgment on all counts of the Complaint.  In support hereof, Defendant relies upon the accompanying Memorandum of Law, together with the Affidavit of Chief Buteau and deposition excerpts and exhibits attached thereto, and further states as follows:

1.      This case stems from an impulsive act of one Berlin Police Officer – former Defendant Philip Pelletier – who while working a detail at Androscoggin Valley Hospital recorded images of Plaintiff Alfred Pilotte on his personal phone and sent them to a handful of friends, including two at the Berlin Police Department.  Pelletier's conduct was investigated, and he was not merely disciplined but terminated and referred for potential prosecution.  Pelletier later pled guilty to one count of criminal invasion of privacy.

2.      Although Plaintiff began this action by suing Pelletier and the City of Berlin, Plaintiff voluntarily dismissed the claims against Pelletier after Pelletier signed a sworn declaration – prepared by Plaintiff's counsel – blaming the City of Berlin for his actions.  Plaintiff now proceeds against the City on three claims: a *Monell* claim, an ADA claim, and a claim of "Voluntary Assumption of Duty."

3.      As set forth in the accompanying Memorandum, however, Plaintiff is unable to overcome the barriers to municipal liability on any of these claims.

4.      In particular, Defendant is entitled to judgment on the *Monell* claim because Plaintiff cannot establish an underlying violation of his constitutional rights, much less that any such violation was directly caused by a policy or practice of the City.

5.      The ADA claim fails for similar reasons – Plaintiff cannot demonstrate that the City violated Plaintiff's rights or that it acted with the requisite animus in doing so.

6.      Finally, Plaintiff's claim of a "Voluntary Assumption of a Duty" sounds in negligence.  As the claim does not arise from the ownership, operation, or maintenance of property or motor vehicles, the claim is barred under RSA 507-B.

WHEREFORE, Defendant requests that this Court:

A.  Grant the instant Motion;

B.  Enter Judgement for Defendant on all Counts of the Complaint; and

C.  Grant such further relief as justice requires.

Respectfully submitted,

**CITY OF BERLIN**

By its Attorneys,

Cullen Collimore Shirley PLLC

Dated:  December 2, 2022          By: /s/ Brian J.S. Cullen
                                   Brian J. S. Cullen
                                   NH Bar No. 11265
                                   37 Technology Way, Suite 3W2
                                   Nashua, NH  03060
                                   (603) 881-5500
                                   bcullen@cullencollimore.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated:  December 2, 2022                     By: /s/ Brian J.S. Cullen
                                                   Brian J.S. Cullen