**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| ALFRED PILOTTE, THROUGH HIS GUARDIAN, THE OFFICE OF PUBLIC GUARDIAN<br>    Plaintiff<br><br>            vs.<br><br><br>BERLIN POLICE DEPARTMENT<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Case No.: 21-CV-00749 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties to this action hereby stipulate

that Plaintiff ALFRED PILOTTE's claims against Defendant BERLIN POLICE

DEPARTMENT in this action shall be, and hereby are, dismissed with prejudice, with each party

to bear its own attorney's fees and costs.

Respectfully submitted,

ALFRED PILOTTED

By His Attorneys,

SHAHEEN & GORDON, P. A.

Dated:  January 17, 2023

/s/ Anthony M. Carr
Anthony M. Carr, Esq. (NH Bar # 267623)
353 Central Ave., Suite 200
P.O. Box 977
Dover, NH 03821
(603) 749-500
acarr@shaheengordon.com

1

Respectfully submitted,
BERLIN POLICE DEPARTMENT

By Their Attorneys,

CULLEN, COLLIMORE, SHIRLEY PLLC

Dated: January 17, 2023

/s/ Brian J.S. Cullen
Brian J.S. Cullen, Esq. (NH Bar #11265)
37 Technology Way, Suite 3 W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I, Anthony M. Carr, Esquire, certify that on this date service of the foregoing document was made upon counsel of record via the Court's CM/ECF System.

Dated:  January 17, 2023

/s/ Anthony M. Carr
Anthony M. Carr

2